# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139174

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 139174
                                             COA: 283952
                                             Monroe CC: 07-036095-FH

CHARLES DION-EDWARDS JOHNICAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk